UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00011 |
| | ) | JUDGE CAMPBELL |
| JOSE MANUEL SOTELO-FIGUEROA | ) | |
| and FERNANDO VICENCIO-GODOY | ) | |

## ORDER

Pending before the Court is Defendant Jose Sotelo-Figueroa's Motion to Extend Motion filing Deadline (Docket No. 32). The Motion is GRANTED.

The deadline for filing pretrial motions is extended to March 15, 2013, for both Defendants.

IT IS SO ORDERED.

                                                                              TODD J. CAMPBELL
                                                                              UNITED STATES DISTRICT JUDGE