UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00011 |
| | ) | JUDGE CAMPBELL |
| FERNANDO VINCENCIO-GODOY and | ) | |
| JOSE SOTELO-FIGUEROA | ) | |

## ORDER

Pending before the Court is Defendant Fernando Vincencio-Godoy's Motion to Extend Deadline for Pretrial Motions (Docket No. 53). The Motion is GRANTED.

The deadline for filing pretrial motions is extended June 3, 2013

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE